UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| BRITTNEY GOBBLE PHOTOGRAPHY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:16-CV-306-HSM-CCS |
| | ) | |
| WENN LIMITED, and USA ENTERTAINMENT | ) | |
| NEWS, INC., d/b/a/ "WENN" and "WORLD | ) | |
| ENTERTAINMENT NEWS NETWORK," | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), the Rules of this Court, and Standing Order 13-02.

The parties telephonically appeared before the Court on January 24, 2018, over a discovery dispute. Attorney Dale Quisenberry appeared on behalf of Plaintiff. Lloyd Beiny was also present. During the telephonic conference, Plaintiff stated that it wanted to depose Jonny Forsyth, Hayley Chamberlain, Clare Penn, and Matthew Walker via telephone. Beiny stated that he would arrange the depositions of Jonny Forsyth, Hayley Chamberlain, and Matthew Walker. He stated that he would discuss with Clare Penn her availability for a telephonic deposition but that she does not work for the Defendants. Plaintiff and Beiny agreed to work together to arrange these depositions.

Plaintiff also stated that it served discovery requests on Defendants in November 2017, but that Defendants have not responded. The Court ordered Defendants to answer the discovery on or before **February 23, 2018**. Plaintiff agreed to resend the discovery to Beiny via email. Further,

Plaintiff stated that during Beiny's deposition on December 1, 2017, he agreed to investigate and provide follow-up information and documents. Plaintiff stated that despite sending Beiny an email identifying the documents discussed at the deposition, Beiny has not provided such documents. Beiny stated that some documents were in the possession of third-parties and that some documents did not exist. The Court ordered Beiny to produce such documents, to the extent they exist, on or before **February 2, 2018**.

Further, Plaintiff stated that the Court's previous Order [Doc. 74] ordered Beiny to produce customer agreements and that Beiny has failed to produce the documents. Plaintiff stated it needed specific customer agreements as opposed to template agreements. The Court ordered Beiny to produce all existing customer agreements with the customers who Defendants distributed the subject images to on or before **February 2, 2018**.

**IT IS SO ORDERED**.

ENTER:

  s/ C. Clifford Shirley, Jr.  
United States Magistrate Judge